## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

CHARLES DEWITT LEADER )
(full name) (Register No). )
3505 FREDERICK AVE )
ST. JOSEPH, MO 64506 )
)      Case No. __17-5008-CV-SW-SRB-P__
Plaintiff(s). )
)
v. )
)
FELICIA HAYES )
KEN COPELAND, ~~━━━~~ )   Defendants are sued in their (check one):
(Full name) )   X Individual Capacity
ALL INVOLVED OFFICERS NEWTON )   ___ Official Capacity
COUNTY SHERIFF'S DEPT. AND JAIL )   ___ Both
208 COLER NEOSHO, MO 64850
Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): N.M.P.R.C, 3505 FREDERICK AVE, ST. JOSEPH, MO 64506

DEFENDANTS: NEWTON COUNTY JAIL 208 COLER NEOSHO, MO 64850

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff CHARLES DEWITT LEADER  Register No. _____
   Address 3505 FREDERICK AVE
   ST. JOSEPH, MO 64506

B. Defendant KEN COPELAND, ALL INVOLVED OFFICERS, ALL INVOLVED DEPUTYS, (208 COLER NEOSHO, MO 64850) AND FELICIA HAYES
   Is employed as GUARDS, DEPUTYS, SHERIFF, FOR NEWTON COUNTY SHERIFF'S DEPT. AND JAIL

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No _X_

IV. Do you request a jury trial? Yes _X_ No ___

V. Do you request money damages? Yes _X_ No ___

State the amount claimed? $__500,000__ / __500,000__ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No _X_

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes _X_ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes _X_ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
FEB, 10, 2012 I WROTE A GRIEVANCE AND ASKED TO GO TO THE E.R., THEY WOULD NOT GIVE A COPY.

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes _X_ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: __CHARLES LEADER__    __N.M.P.B.C.__
          (Plaintiff)             (Defendant)
(2) Date filed: __NOT SURE OF DATE FILED__

2

Case 3:17-cv-05008-SRB    Document 1    Filed 01/03/17    Page 2 of 6

(3) Court where filed: WESTERN DISTRICT COURT OF MO

(4) Case Number and citation: 15-6084-CV-SJ-GAF-P

(5) Basic claim made: INJUNCTION TO STOP FORCED MEDS DUE TO RELIGI

(6) Date of disposition: NA

(7) Disposition: NA
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: NOT RESOLVED
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON SEPARATE PAPER

B. State briefly your legal theory or cite appropriate authority:
CRUEL AND UNUSAL PUNISHMENT 8TH AMENDMENT
TORTURE UNDER US TITLE 18
SECTION 2340 CHAPTER 113c

3

IN NEWTON COUNTY JAIL AT 208 COLER NEOSHO, MO 64850 ON 02-10-2012. ~~[redacted]~~
GUARDS MOVED ME FROM A NORMAL CELL TO DETOX CELL. I WAS RENDERED UNCONSCIOUS THEN OFFICER'S GAVE ME A LETHAL INJECTION. THEY TRIED TO KILL ME. WHEN I WOKE UP I FELT VERY ILL. THE DETOX ROOM HAS NO RUNNING WATER. I ASKED FOR SOMETHING TO DRINK BUT THEY WOULD NOT GIVE ME ANY WATER. I FELL DOWN ON THE FLOOR AND HAD A SEIZURE. I ASKED FELICA HAYES TO GO TO THE EMERGENCY ROOM SHE STARTED TO CRY AND SAID I COULD NOT GO. I HAD BEEN IN THE JAIL FOR A COUPLE WEEKS BEFORE 02-10-2012 FOR A PROPERTY DAMAGE CHARGE. DUE TO THE THREAT TO MY LIFE I DID NOT GO TO SLEEP FOR 4 DAYS AFTER THE DAY THEY TRIED TO KILL ME. I WAS IN DETOX FOR 5 DAYS TOTAL. NO MEDICAL ASSISTANCE WAS GIVEN. I DEMAND JUST COMPENSATION I WOULD SETTLE OUT OF COURT IF NEWTON COUNTY WOULD OFFER A REASONABLE SETTLEMENT TO ME. WHY DID THEY TREAT ME LIKE THAT?

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
START AN INVESTIGATION INTO WHAT HAPPENED AWARD PLAINTIFF JUST COMPENSATION. QUESTION ALL ON DUTY OFFICERS FROM THE JAIL ON THE 02-10-2012.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes____ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ____ No X

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 26 day of DECEMBER 20 16

*(signature)* CHARLES LEADER
Signature(s) of Plaintiff(s)

3505 FREDERICK AVE.
ST. JOSEPH, MO 64506

4

CHARLES LEADER
3905 FREDERICK AVE
ST. JOSEPH, MO 64506

KANSAS CITY MO
21 DEC 2016 PM 3 L

WESTERN DISTRICT OF MO
400 EAST 9TH STREET
KANSAS CITY, MO 64106

64106-250799

